JOHNATHAN M. LEAVITT, ESQ.
Nevada Bar No. 13172
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: JLeavitt@RichardHarrisLaw.com
*Attorneys for Plaintiff*

## UNITES STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN EDWARD BELL, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 2:19-cv-00550-KJD-NJK |
| vs. | ) |
| | ) |
| ALBERTSON'S LLC; TINLUN LUCKY INVESTMENT CORPORATION; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO CONTINUE TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED BETWEEN the parties hereto by and through their

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

undersigned counsel that Plaintiff may have until August 21, 2020 to file a response to Defendant's Motion for Summary Judgment.

Dated this 17th day of August 2020.  Dated this 17th day of August 2020.

**RICHARD HARRIS LAW FIRM**  **BRANDON | SMERBER LAW FIRM**

/s/ Johnathan M. Leavitt, Esq.  /s/ Andrew Guzik, Esq.
**JOHNATHAN M. LEAVITT, ESQ.**  **ANDREW GUZIK, ESQ.**
Nevada Bar No. 13172  Nevada Bar No. 12758
801 South Fourth Street  139 East Warm Springs Road
Las Vegas, Nevada 89101  Las Vegas, Nevada 89119
(702) 628-9888  (702) 380-0007
Facsimile (702) 960-411  Facsimile 702-380-2964
Jleavitt@richardharrislaw.com  a.guzik@bsnv.law
*Attorney for Plaintiff,*  *Attorneys for Defendant,*
STEPHEN EDWARD BELL  ALBERTSONS, LLC

**IT IS SO ORDERED** this  18th  day of  August , 2020.

_____
UNITED STATES JUDGE